IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THOMAS WARREN RAY | § § § | |
| vs. | § § § § | CASE NO. 6:24-cv-47-JDK-KNM |
| 7-POINTS, TX POLICE DEPARTMENT, *et al.* | § § § § | |

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff, proceeding *pro se* and seeking to proceed *in forma pauperis*, filed this lawsuit on February 6, 2024. The matter is referred to the undersigned pursuant to a Standing Order.

After reviewing the complaint, the Court entered an Order on February 20, 2024 that identified deficiencies in the complaint and ordered Plaintiff to file an amended complaint addressing those deficiencies. The Court warned Plaintiff that failure to comply may result in dismissal of the lawsuit. The Court received an undated acknowledgment of receipt on March 11, 2024. United States Postal Service tracking shows that Plaintiff received the order on February 27, 2024.

To date, Plaintiff has not filed an amended complaint. Plaintiff failed to comply with the Court's order to file an amended complaint. The Order warned Plaintiff that the complaint may be dismissed if he failed to comply. The complaint should be dismissed for failure to prosecute pursuant to FED. R. CIV. P. 41(b).

## RECOMMENDATION

It is recommended that the complaint be dismissed without prejudice for failure to prosecute. FED. R. CIV. P. 41(b).

Within fourteen days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings and recommendations of the magistrate judge. 28 U.S.C. § 636(b). Written objections shall not exceed eight pages. Local Rule CV-72(c).

A party's failure to file written objections to the findings, conclusions, and recommendations contained in this Report within fourteen days after service shall bar that party from *de novo* review by the district judge of those findings, conclusions, and recommendations, and except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United States Auto. Assn.*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

So ORDERED and SIGNED this 2nd day of April, 2024.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE