# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| THOMAS WARREN RAY, § § Plaintiff, § § v. § § 7-POINTS, TX POLICE § DEPARTMENT, et al., § § Defendants. § § | Case No. 6:24-CV-47-JDK-KNM |

## FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims are **DISMISSED** without prejudice. All pending motions are **DENIED** as moot.

The Clerk of the Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **1st** day of **May, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE